IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN CULLEN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION No. 09-1562 |
| ) | |
| ) | Magistrate Judge Bissoon |
| PENNSYLVANIA DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiffs are 5 state prisoners who seek to file a prisoner civil rights action against numerous named Defendants. The Complaint was submitted without a filing fee, and without an application to proceed *in forma pauperis*. The Court of Appeals for the Third Circuit recently offered guidance with regard to multiple plaintiff prisoner litigation and the filing fee provisions, codified under 28 U.S.C. § 1915, of the Prison Litigation Reform Act ("PLRA"). In Hagan v. Rogers, 570 F.3d 146, 155 (3d Cir. 2009), the Court of Appeals held that the "the plain language of § 1915(b)(1) can be read in complete harmony with Rule 20 [concerning joinder] by requiring each joined prisoner to pay the full individual [filing] fee." Id.

AND NOW, this 3rd day of December, 2009,

IT IS HEREBY ORDERED that each named Plaintiff shall submit a separate, full filing fee of $350.00, or submit a separate application for leave to proceed *in forma pauperis* on or before December 17, 2009. Plaintiffs granted leave to proceed *in forma pauperis* will be required to authorize the eventual payment of a separate $350.00 filing fee. Any Plaintiff who does not pay a separate $350.00 fee, or submit a separate petition to proceed *in forma pauperis*, will be dismissed from this case.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.C.2 of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

          s/Cathy Bissoon
          CATHY BISSOON
          UNITED STATE MAGISTRATE JUDGE

**Cc:**
**JOHN CULLEN**
BC6256
SCI Pittsburgh
PO Box 99991
Pittsburgh, PA 15233

**MICHAEL PERRY**
DA3194
SCI Pittsburgh
PO Box 99991
Pittsburgh, PA 15233

**CARL THOMAS**
GP9697
SCI Pittsburgh
PO Box 99991
Pittsburgh, PA 15233

**MARTIN STULL**
GC6165
SCI Pittsburgh
PO Box 99991
Pittsburgh, PA 15233

**DONALD RUSCH**
HE7208
SCI Mercer
801 Butler Pike
Butler, PA 16137